David Kahn, Esq.
Nevada Bar No. 007038
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Trevor J. Hatfield, Esq.
Nevada Bar No. 007373
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 S. Fourth St.
11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com
trevor.hatfield@wilsonelser.com
Attorneys for Plaintiff
CHANEL, INC

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC.,<br>a New York corporation,<br><br>          Plaintiff,<br>v.<br><br>MAHMMOUD AZIZ, CARLOS PEREIRA a/k/a FABIO JANEIRO, and DOES 1-10,<br><br>          Defendants. | Case No. 2:10-cv-00568 |

**ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

WHEREAS Plaintiff Chanel, Inc., ("Chanel") filed its Motion For Order Authorizing Alternate Service of Process on Defendant Mahmmoud Aziz ("Aziz") and Defendant Carlos Pereira a/k/a Fabio Janeiro ("Pereira") ( (together, the "Defendants"), Pursuant to Federal Rule of

- 1 -

[PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

191742.2

Civil Procedure 4(f)(3) ("Plaintiff's Motion");

WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of the Summons and the Complaint in this matter upon the Defendants via electronic mail ("e-mail"); and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's Motion, hereby grants Plaintiff's Motion and grants leave to Plaintiff to serve the Summons, the Complaint, and all subsequent pleadings, motions, and discovery, upon Defendant Aziz by e-mail at the e-mail addresses tenef88@yahoo.com and blake.andrews12@gmail.com and upon Defendant Pereira at the e-mail addresses die4you@gmail.com and blake.andrews12@gmail.com pursuant to Federal Rule of Civil Procedure 4(f)(3).

DONE AND ORDERED in Las Vegas, Nevada, this 19 day of Aug 2010.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

191742.2