David Kahn, Esq.
Nevada Bar No. 007038
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Trevor J. Hatfield, Esq.
Nevada Bar No. 007373
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
415 South Sixth Street, Suite 300
Las Vegas, NV 89101
(702) 382-1414; FAX (702) 382-1413
**david.kahn@wilsonelser.com**
**sheri.thome@wilsonelser.com**
trevor.hatfield@wilsonelser.com
Attorneys for Plaintiff
CHANEL, INC

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br>v.<br><br>MAHMMOUD AZIZ, CARLOS PEREIRA a/k/a FABIO JANEIRO, and DOES 1-10,<br><br>Defendants. | Case No. 2:10-cv-00568<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SERVE** |

WHEREAS Plaintiff Chanel, Inc., ("Chanel") filed its Motion For Additional Time to Serve the Defendant Mahmmoud Aziz ("Aziz") and Defendant Carlos Pereira a/k/a Fabio Janeiro ("Pereira") (together the "Named Defendants") and to identify and serve Does 1-10 (together, the "Defendants") ("Plaintiff's Motion");

WHEREAS Plaintiff has shown good cause why leave should be granted allowing additional time, up to and including October 17, 2010, to serve the Summons and the Complaint in this matter upon the Defendants; and

191599.2

The Court, having read and considered Plaintiff's Motion, hereby grants Plaintiff's Motion and grants Plaintiff a sixty (60) day enlargement of time, up to and including October 17, 2010, in which to serve the Named Defendants with the Summonses and the Complaint in this matter, and in which to identify and serve Does 1-10.

DONE AND ORDERED in Las Vegas, Nevada, this __19__ day of __Aug.__ 2010.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2

191599.2